Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 18−19573−JKS
                                      Chapter: 13
                                      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James P Thrower
   aka JP Thrower, aka James Thrower, aka
   James Patrick Thrower
   20 Bailey Avenue
   Oakland, NJ 07436

Social Security No.:
   xxx−xx−7249

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:     8/9/18
Time:    11:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Virginia E. Fortunato, Debtor's Attorney

COMMISSION OR FEES
$6,074.90

EXPENSES
$425.10

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 10, 2018
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-19573-JKS
James P Thrower                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin         Page 1 of 2         Date Rcvd: Jul 10, 2018
                        Form ID: 137        Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2018.
```
db             +James P Thrower,    20 Bailey Avenue,    Oakland, NJ 07436-1803
517524112       Amazon Corporate Office,    410 Terry Avenue North,    Seattle, WA 98109-5210
517524114      +Amazon/Chase,    P.O. Box 94014,    Palatine, IL 60094-4014
517524113       Amazon/Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
517524115      +Bergen County Probation,    133 River Street,    Hackensack, NJ 07601-7196
517524116      +Chase Bank USA, NA (FDIC),    200 White Clay Center Drive,    Newark, DE 19711-5466
517524118      +Chase Mortgage,    3415 Vision Drive,    Columbus, OH 43219-6009
517524119      +Chase Mortgage,    P.O. Box 24696,    Columbus, OH 43224-0696
517524120       Citi,   P.O. Box 6728,    Sioux Falls, SD 57117-6728
517524121      +Citibank, NA (FDIC),    701 East 60th Street, North,    Sioux Falls, SD 57104-0493
517524124      +Citicards CBNA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
517524123      +Citicards CBNA,    Citicorp Credit Services,    Centralized Bankruptcy,    P.O. Box 790040,
                 Saint Louis, MO 63179-0040
517524125       Citimortgage Inc.,    Att: Bankruptcy,    P.O. Box 6423,    Sioux Falls, SD 57117
517524127      +Costco Go Anywhere Citicard,    P.O. Box 6190,    Sioux Falls, SD 57117-6190
517524126      +Costco Go Anywhere Citicard,    Citicorp Credit Card Services,    Centralized Bankruptcy,
                 P.O. Box 790040,    Saintt Louis, MO 63179-0040
517524128      +Costco Headquarters,    999 Lake Drive,    Issaquah, WA 98027-5367
517524129      +Equifax,    1550 Peartree Street NW,    Atlanta, GA 30309-2468
517524130      +Experian,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
517524131      +Hampton Thrower,    1231 Belrose Lane,    Charlotte, NC 28209-4548
517524132      +JPMorgan Chase Bank, N.A. (FDIC),    1111 Polaris Parkway,    Columbus, OH 43240-2031
517524134       Mohela,    633 Spirit Drive,    Chesterfield, MO 63005-1243
517524135      +Oakland Tax Collector,    Municipal Building,    1 Municipal Plaza,    Oakland, NJ 07436-1827
517524136      +Office of the Attorney General,    Department of Justice,    Att: Jeffrey Sessions, Esq.,
                 950 Pennsylvania Avenue NW,    Washington, DC 20530-0009
517524137      +San Diego County Treasurer-Tax Collector,    1600 Pacific Highway,    Room 162,
                 San Diego, CA 92101-2477
517524140      +Specialized Loan Servicing,    8742 Lucent Boulevard - Suite 300,    Littleton, CO 80129-2386
517524139      +Specialized Loan Servicing,    Att: Bankruptcy,    P.O. Box 636005,    Littleton, CO 80163-6005
517524138      +Specialized Loan Servicing,    P.O. Box 636007,    Littleton, CO 80163-6007
517524144      +Teresa Thrower,    2149 Jordan Court,    Building 14,    Mahwah, NJ 07430-3820
517524145      +Trans Union,    P.O. Box 2000,    Chester, PA 19016-2000
517524146      +Trans Union Corporate Office,    555 W. Adams Street,    Chicago, IL 60661-3631
517529323      +U S Department of Education/MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243
517524147      +U.S. Bank National Association (FDIC),    425 Walnut Street,    Cincinnati, OH 45202-3956
517544246      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517524148      +U.S. Bank National Association, et al,    Att: Sanford J. Becker, Esq.,
                 Pluese, Becker & Saltzman, LLC,    20000 Horizon Way - Suite 900,    Mount Laurel, NJ 08054-4318
517524149      +US Attorney for the District of NJ,    Att: Civil Process,    970 Broad Street - 7th Floor,
                 Newark, NJ 07102-2527
517524150      +US Department of Education Headquarters,    400 Maryland Avenue, SW,    Washington, DC 20202-0001
517524151      +Xiaoyan Chen,    20 Bailey Avenue,    Oakland, NJ 07436-1803
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 10 2018 23:31:06       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 10 2018 23:31:01       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517524141      +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:34:52       Synchrony Bank (FDIC),
                 170 West Election Road - Suite 125,    Draper, UT 84020-6425
517524142      +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:35:25       Synchrony Bank/Amazon,
                 Att: Bankruptcy,    P.O. Box 956060,    Orlando, FL 32896-0001
517524143      +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 23:35:58       Synchrony Bank/Amazon,
                 P.O. Box 965015,    Orlando, FL 32896-5015
                                                                                               TOTAL: 5
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517524117*     +Chase Bank USA, NA (FDIC),    200 White Clay Center Drive,    Newark, DE 19711-5466
517524122*     +Citibank, NA (FDIC),    701 East 60th Street, North,    Sioux Falls, SD 57104-0493
517524133*     +JPMorgan Chase Bank, N.A. (FDIC),    1111 Polaris Parkway,    Columbus, OH 43240-2031
                                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Jul 10, 2018
                              Form ID: 137               Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, at Trustee, et al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, at Trustee, et al...
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Virginia E. Fortunato    on behalf of Debtor James P Thrower njbankruptcy911@gmail.com,
               bankruptcynotices2011@gmail.com
                                                                                             TOTAL: 5
```