Order Filed on July 18, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust MultiClass Mortgage Pass-Through Certificates Series 2005-A1 | |
| In Re:<br><br>James P. Thrower,<br><br>Debtor. | Case No.: 18-19573 JKS<br>Adv. No.:<br>Hearing Date: 7/12/18 @ 9:00 a.m.<br>Judge: John K. Sherwood |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: July 18, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtors:    James P. Thrower
Case No.:   18-19573 JKS
Caption:    **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust MultiClass Mortgage Pass-Through Certificates Series 2005-A1, holder of a mortgage on real property located at 48 Seton Hall Dr, Oakland, NJ, 07436, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Virgina E. Fortunato, Esquire, attorney for Debtor, James P. Thrower, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the property shall be surrendered to the Secured Creditor; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that any deficiency allowed pursuant to creditor's non-bankruptcy rights shall be treated as a general unsecured claim and will be subject to discharge pursuant to 11 U.S.C. sec 1328; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.