UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank National Association, as Trustee, successor
in interest to Wachovia Bank, N.A., as Trustee, for
Chase Mortgage Finance Trust MultiClass Mortgage
Pass-Through Certificates Series 2005-A1

**Order Filed on July 18, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

James P. Thrower,

Debtor.

Case No.:  18-19573 JKS
Adv. No.:
Hearing Date: 7/12/18 @ 9:00 a.m.

Judge:  John K. Sherwood

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: July 18, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtors:             James P. Thrower
Case No.:            18-19573 JKS
Caption:             **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                     DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust MultiClass Mortgage Pass-Through Certificates Series 2005-A1, holder of a mortgage on real property located at 48 Seton Hall Dr, Oakland, NJ, 07436, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Virgina E. Fortunato, Esquire, attorney for Debtor, James P. Thrower, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the property shall be surrendered to the Secured Creditor; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that any deficiency allowed pursuant to creditor's non-bankruptcy rights shall be treated as a general unsecured claim and will be subject to discharge pursuant to 11 U.S.C. sec 1328; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-19573-JKS
James P Thrower                                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Jul 19, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
db              +James P Thrower,    20 Bailey Avenue,    Oakland, NJ 07436-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, at Trustee, et al...
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, at Trustee, et al...
          rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Virginia E. Fortunato    on behalf of Debtor James P Thrower njbankruptcy911@gmail.com,
          bankruptcynotices2011@gmail.com
                                                                              TOTAL: 5